Greg S. Hearing, II, Wyo. #7-5528
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
(303) 534-5160
ghearing@grsm.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HUDSON EXCESS INSURANCE COMPANY, a Delaware corporation, | |
| Plaintiff, | Case No.:  1:25-cv-0032-SWS |
| v. | |
| LAYTON CONSTRUCTION COMPANY, LLC, a Utah limited liability company, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Hudson Excess Insurance Company, through counsel Gordon & Rees LLP, submits this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

Defendant has not answered the Complaint nor filed a Motion for Summary Judgment. Based upon the Fed. R. Civ. P. 7.1 statement filed by Defendant (ECF 12), Plaintiff voluntarily dismisses this matter, without prejudice.

Dated this 1st day of July, 2025.

**GORDON & REES LLP**

*/s Greg S. Hearing, II*

Greg S. Hearing, II, Wyo. #7-5528
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
(303) 534-5160
ghearing@grsm.com

ATTORNEYS FOR PLAINTIFF


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 1st day of July, 2025.

Timothy M. Stubson
Brandon E. Pryde
Crowley Fleck, PLLP
111 W. 2nd Street, Ste. 220
Casper, Wyoming 82601
tstubson@crowleyfleck.com
bpryde@crowleyfleck.com


*/s/  Linda J. Bustos*